IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Tillman, Darrin | Case Number: 08 B 02921 |
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 2/8/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: June 30, 2008
Confirmed: August 11, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 349.77 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 0.00 |
| Trustee Fee: | | 0.00 |
| Other Funds: | | 349.77 |
| Totals: | 349.77 | 349.77 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,499.00 | 0.00 |
| 2. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 3. | Illinois Dept Of Healthcare And Family | Priority | 0.00 | 0.00 |
| 4. | Peoples Energy Corp | Unsecured | 105.01 | 0.00 |
| 5. | City Of Chicago Dept Of Revenue | Unsecured | 599.59 | 0.00 |
| 6. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 7. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 8. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 9. | Illinois Dept Of Healthcare And Family | Priority | | No Claim Filed |
| 10. | Illinois Dept of Revenue | Priority | | No Claim Filed |
| 11. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 12. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 13. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 14. | Illinois Dept Of Healthcare And Family | Unsecured | | No Claim Filed |
| 15. | Collection | Unsecured | | No Claim Filed |
| 16. | Allied International Credit | Unsecured | | No Claim Filed |
| 17. | Credit Protection Association | Unsecured | | No Claim Filed |
| 18. | Credit Protection Association | Unsecured | | No Claim Filed |
| 19. | Alliance One | Unsecured | | No Claim Filed |
| 20. | Romeo Ismail | Unsecured | | No Claim Filed |
| 21. | Nationwide Credit & Collection | Unsecured | | No Claim Filed |
| 22. | OSI Collection Svc Inc | Unsecured | | No Claim Filed |
| 23. | Drive Financial Services | Unsecured | | No Claim Filed |
| 24. | Park Dansan | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Tillman, Darrin | Case Number: 08 B 02921 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 8/26/08 | Filed: 2/8/08 |

                                                              _____          _____
                                                           $ 4,203.60          $ 0.00

### TRUSTEE FEE DETAIL

                    Fee Rate                    Total Fees
                                  _____
                                    $ 0.00

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                                  Marilyn O. Marshall, Trustee, by:

                                  _____